**Alfred RONSDORF, Plaintiff–Appellant,**

v.

**The CHASE MANHATTAN BANK, N.A., Defendant–Appellee.**

No. 00–2299.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 13, 2001.

Alfred Ronsdorf, pro se. David Bart Goldstein, Daneker, McIntire, Schumm,

Prince, Goldstein, Manning & Widmann, P.C., Baltimore, MD, for appellee.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Alfred Ronsdorf appeals the district court's order dismissing this civil action under Fed.R.Civ.P. 41(b) for multiple violations of the district court's orders. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ronsdorf v. Chase Manhattan Bank,* No. CA–95–2729–L (D.Md. Sept. 1, 2000). Ronsdorf's motions to strike Chase Manhattan's brief and motion to strike the opposition to his motion are denied. Chase Manhattan's motion to dismiss is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*